**FILED**

May 2, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                         )
        Plaintiff, )
                         )
v.                          )
                         )
IQUILA KHAN,            )
                         )
        Defendant. )

CASE NUMBER: 2:12-mj-00108 KJN

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Iquila Khan</u>; Case <u>2:12-mj-00108 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __      Release on Personal Recognizance

     __      Bail Posted in the Sum of _____

   <u>X</u>      Unsecured Appearance Bond in the amount of <u>$100,000.00</u>, co-signed by Majid Mustajab and Maliha Khan

     __      Appearance Bond with 10% Deposit

     __      Appearance Bond secured by Real Property

     __      Corporate Surety Bail Bond

   <u>X</u>      (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/2/2012</u> at <u>2:00 pm</u>

By _____
Kendall J. Newman
United States Magistrate Judge