KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for IQUILA KHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 12-CR-00180MCE |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING |
| ) | PRETRIAL RELEASE |
| v. ) | SUPERVISION; ORDER |
| ) | |
| ) | |
| IQUILA KHAN ) | |
| ) | |
| Defendants. ) | |
| _____) | Judge: Hon. Morrison C. England |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that Iquila Khan be released from the condition of pretrial services requiring random drug testing.  Ms. Khan has been testing since she was released on May 3, 2012.  She initially was required to test twice monthly, but due to her compliance, was tapered down to quarterly testing.  She has had no violations and only one positive test.  The positive test occurred in July of 2012, and was based upon a substance for which she had a valid prescription.  This was not considered a violation.

She has had no other positive tests.  This recommendation is being made due to Ms. Khan's diligent compliance with pretrial supervision and consistent negative testing.

IT IS SO STIPULATED.

Dated:  July 23, 2014                    Respectfully submitted,


                                        /s/ Kelly Babineau
                                        KELLY BABINEAU
                                        Attorney for Iquila Khan

Dated: July 23, 2014                     /s/ Jared Dolan
                                        Kelly Babineau for:
                                        JARED DOLAN
                                        Assistant U.S. Attorney

Dated: July 23, 2014                     /s/ Amaryliss Gonzalez
                                        Kelly Babineau for:
                                        AMARYLISS GONZALEZ
                                        U.S. Pretrial Release Officer


**O R D E R**

      IT IS SO ORDERED.

Dated:  July 25, 2014

                                        _____
                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT